CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 27 2010

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES ~~MAGISTRATE~~ DISTRICT'S COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 7:09MJ390 |
| | ) | |
| ROBERT EDWARD GARLAND, | ) | |
| Defendant. | ) | |

## ORDER

On this day the parties came before the Court on a joint motion of the United States of America, and the Defendant, Robert Edward Garland, by counsel, to dismiss the Criminal Complaint for the detention of a material witness.

The Court finding that the Defendant has been detained pursuant to a Criminal Complaint and 18 U.S.C. Section 3144, in order to secure his presence at a criminal proceeding in which he was a material witness, and the Court being advised by the parties that the Defendant has now testified and therefore his detention is no longer required to secure his presence, it is **ORDERED** that the Criminal Complaint filed against the Defendant on December 16,

2009, is **DISMISSED** and the Defendant is **RELEASED** from the custody of the Attorney General.

ENTERED THIS 27R DAY OF May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE